**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Global Premier Regency Palms Oxnard, LP** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **35-2504588** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2020 Main Street Suite 300** **Irvine, CA 92614** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | **1020 Bismark Way Oxnard, CA 93033** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
■ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Global Premier Regency Palms Oxnard, LP**     Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br> ____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ■ Chapter 11. *Check **all** that apply*: <br>     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☐ No. <br> ■ Yes. <br>   District **Northern District of California**  When **8/16/22**  Case number **9:22-10626-RC** <br>   District _____  When _____  Case number _____ |

Debtor **Global Premier Regency Palms Oxnard, LP**        Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**        Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Global Premier Regency Palms Oxnard, LP**  Case number (*if known*)
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

| Debtor | Global Premier Regency Palms Oxnard, LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/11/2025
MM / DD / YYYY

X  /s/ Christine Hanna
Signature of authorized representative of debtor

Printed name: Christine Hanna

Title: Managing Member of the General Partner

**18. Signature of attorney**

X  /s/ Garrick A. Hollander
Signature of attorney for debtor

Date  03/11/2025
MM / DD / YYYY

Garrick A. Hollander
Printed name

Winthrop Golubow Hollander, LLP
Firm name

1301 Dove Street, Suite 500
Newport Beach, CA 92660
Number, Street, City, State & ZIP Code

Contact phone  949-720-4100     Email address  ghollander@wghlawyers.com

166316 CA
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

Debtor **Global Premier Regency Palms Oxnard, LP** Case number (*if known*)
      Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Global Premier Regency Palms Colton, LP** | | Relationship to you | | **Affiliate** |
| District | **Northern District** | When **6/22/23** | Case number, if known | | **9:23-bk-10517-RC** |
| Debtor | **Global Premier Regency Palms Palmdale, LP** | | Relationship to you | | **Affiliate** |
| District | **Northern Division** | When **6/02/23** | Case number, if known | | **9:23-bk-10454-RC** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Global Premier Regency Palms Oxnard, LP** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Studio Six5, Inc.**<br>**Attn: Corporate Officer**<br>**811 Barton Springs Rd Ste 800**<br>**Austin, TX 78704** | | **Interior Designer** | | | | **$120,000.00** |
| **Global Bancorp**<br>**Attn: Nina Hanna**<br>**8 Hilltop**<br>**Irvine, CA 92603** | | **Note + Interest Payable** | | | | **$55,770.00** |
| **Global Realty and Investment Corp.**<br>**Attn: Nina Hanna**<br>**8 Hilltop**<br>**Irvine, CA 92603** | | **Note + Interest Payable** | | | | **$22,747.00** |
| **Magdy Hanna**<br>**2200 Park Newport, #401**<br>**Newport Beach, CA 92660** | | **Note + Interest Payable** | | | | **$17,209.00** |
| **JTC USA Holdings**<br>**Attn: Dawn Shuster**<br>**75 State Street Suite 2801**<br>**Boston, MA 02109** | | **EB5 Funds Administrator** | | | | **$13,200.00** |
| **Gary White**<br>**4206 Great Plains Dr NE**<br>**Salem, OR 97305** | | **Healthcare Consultant** | | | | **$7,500.00** |
| **Franchise Tax Board**<br>**942857**<br>**Sacramento, CA 94257-0531** | | **Taxes** | | | | **$1,945.00** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Garrick A. Hollander<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>949-720-4100 Fax: 949-720-4111<br>California State Bar Number: 166316 CA<br>ghollander@wghlawyers.com | FOR COURT USE ONLY |
|---|---|

☐ Debtor(s) appearing without an attorney

■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Global Premier Regency Palms Oxnard, LP<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 11, 2025**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 11, 2025**

/s/ Garrick A. Hollander
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

```
Global Premier Regency Palms Oxnard, LP
2020 Main Street Suite 300
Irvine, CA 92614


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


California Dept of Tax and Fee Adm
Collection Support Bureau Bk Team
Mic: 74
PO Box 942879
Sacramento, CA 94279-0001


California Dept. of Tax and Fee Adm
Account Info Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279


Christine Hanna
326 Quail Ridge
Irvine, CA 92603


Franchise Tax Board
942857
Sacramento, CA 94257-0531


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Gary White
4206 Great Plains Dr NE
Salem, OR 97305
```

```
Global Bancorp
Attn: Nina Hanna
8 Hilltop
Irvine, CA 92603


Global Premier America LLC
c/o Christine Hanna (Reg Agent)
2020 Main Street Suite 300
Irvine, CA 92614


Global Premier America, LLC
Attn: Christine Hanna
2020 Main Street, Suite 300
Irvine, CA 92614


Global Premier America, LLC
Attn: Christine Hanna
2020 Main Street, Suite 300
Irvine, CA 92615


Global Premier Development, Inc
Attn: Andrew Hanna
2020 Main Street, Suite 300
Irvine, CA 92614


Global Realty and Investment Corp.
Attn: Nina Hanna
8 Hilltop
Irvine, CA 92603


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JKO Group LLC
Attn: Jeremy Rothstein
G&B Law
16000 Ventura Blvd Suite 1000
Encino, CA 91436-2730
```

```
Jones Hall, A Professional Law Corp
Attn: Corp Officer
475 Sansome Street, Suite 1700
San Francisco, CA 94111


JTC USA Holdings
Attn: Dawn Shuster
75 State Street Suite 2801
Boston, MA 02109


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Magdy Hanna
2200 Park Newport, #401
Newport Beach, CA 92660


National Affordable
Communities, Inc
Attn: Christine Hanna
2020 Main Street, Suite 300
Irvine, CA 92614


State of California
Employment Development Dpt
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Studio Six5, Inc.
Attn: Corporate Officer
811 Barton Springs Rd Ste 800
Austin, TX 78704


U.S. Securities and Exchange Commis
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591
```

United States Trustee (LA)
915 Wilshire Blvd., #1850
Los Angeles, CA 90017

White Oak Global Advisors, LLC
3 Embarcadero Center, Suite 550
San Francisco, CA 94111

WO Pace Funding, LLC
Attn: California Statewide Comm.
Development Authority
1700 North Broadway, Suite 405
Walnut Creek, CA 94596

WO PACE Funding, LLC – Series 2023
c/o White Oak Global Advisors, LLC
 3 Embarcadero Center, Floor 5
San Francisco, CA 94111